IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| LORIE GAVIN, | ) |
| | ) |
|     Plaintiff, | )   Civil Case No. 07-696-KI |
| | ) |
| vs. | )   JUDGMENT |
| | ) |
| MICHAEL ASTRUE, Commissioner of | ) |
| Social Security, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

Phil Studenberg
200 Pine Street
Klamath Falls, Oregon 97601

      Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Britannia I. Hobbs
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204-2902

Page 1 - JUDGMENT

.

Thomas M. Elsberry
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington 98104-7075

    Attorneys for Defendant

KING, Judge:

    Based on the record,

    The decision of the Commissioner is hereby AFFIRMED.

    Dated this ___20th___ day of February, 2008.

                                    /s/ Garr M. King
                                    Garr M. King
                                    United States District Judge